973 645 6428    PRETRIAL SERVICES    11:32:00    04-14-2008    2/3
04/14/2008    Case 2:07-cr-01008-JLL    Document 45    Filed 04/16/08    Page 1 of 2 PageID: 44    02/03
Fax sent by :

KENNETH W. KAYSER, ESQ.
Mail:   P.O. Box 2087
        Livingston, NJ 07039
Office: 120 Eagle Rock Avenue, 1st Floor
        E. Hanover, NJ 07936
(973) 515-3511
(973) 560-0060 (fax)
kenkayser@verizon.net
Attorney for Defendant John Curry

| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| v. | Crim. No. 07-1008 (JLL) |
| JOHN CURRY, | CONSENT ORDER MODIFYING CONDITIONS OF RELEASE |
| Defendant. | |

This matter having been opened to the Court upon the application of Kenneth W. Kayser, Esq., attorney for Defendant John Curry, upon notice to and with the consent of Jacob T. Elberg, Assistant United States Attorney, on behalf of the government, and William Sobchik, United States Pretrial Services Officer, being assigned to supervise defendant Curry and having approved of the application, and good cause having been shown,

IT IS on this __15th__ day of April, 2008,

ORDERED that the Additional Conditions attendant to the Order of Release entered by the Court in the within matter on December 18, 2007, including specifically the exceptions to the Additional Condition regarding home confinement with electronic monitoring, be, and hereby are, modified and amended to provide that Defendant John Curry, as an exception to the home confinement with electronic monitoring additional condition, may leave his residence to seek and maintain employment, such employment to be at a single fixed location, subject to the approval

973 645 6428　　PRETRIAL SERVICES　　11:32:13　04-14-2008　3/3
04/14/2008 Case 2:07-cr-01008-JLL   Document 45   Filed 04/16/08   Page 2 of 2 PageID: 45
Fax sent by :

of Pretrial Services and such additional reporting rules and procedures as that Agency shall deem appropriate, and that all of the conditions and other additional conditions set forth in the Order of December 18, 2007, shall remain in full force and effect; and it is

FURTHER ORDERED that Defendant Curry be furnished with a copy of this Order within _____10_____ days of its entry by the Court.

HON. JOSE L. LINARES, U.S.D.J.

I hereby consent to the form and entry of this Order:

Jacob T. Elberg, A.U.S.A.
Dated: 4/3/08

William Sobchik, U.S.P.T.S.O.
Dated: 4/14/08

Kenneth W. Kayser, Attorney for Defendant Curry
Dated: 4/3/08