PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: CURRY, John    Cr.: 07-01008-001
PACTS #: 49083

Name of Sentencing Judicial Officer: Honorable Jose L. Linares, U.S.D.J.

Date of Original Sentence: 11/24/2008

Original Offense: Conspiracy to Distribute Crack Cocaine

Original Sentence: 36 months imprisonment; 5 years supervised release; $100 special assessment. Special conditions: 1) drug urinalysis/treatment; and 2) no street-gang association.

<u>Type of Supervision:</u> Supervised Release          Date Supervision Commenced: 03/11/2011

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On June 27, 2011, Curry submitted a urine specimen which tested positive for marijuana. |
| 2 | On August 4, 2011, during a random home inspection, Probation observed the offender in the company of a convicted felon named Joshua Soriano (FBI # 321226EB5 / SBI # 154500C). This association was never approved. |

<u>U.S. Probation Officer Action:</u> Probation will present this document to Curry as a formal reprimand issued under the authority of the Court. The act detailed within may be included in a violation report if Probation deems fit and non-compliance continues.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.
Date: 09/13/2011

[ ] Probation will present this document to the offender as a formal written reprimand, issued with the approval and under the authority of the United States District Court.
[ ] Submit a Request for Warrant or Summons.

_____
Signature of Judicial Officer

9/14/11
_____
Date